Nora L. HAWS, Appellant,

v.

Ollie J. SHORT et al., Appellees.

Court of Appeals of Kentucky.

Nov. 18, 1960.

Rehearing Denied Feb. 3, 1961.

C. F. See, Jr., Louisa, for appellant.

Kit C. Elswick, Clyde L. Miller, Louisa, for appellees.

PER CURIAM.

Motion for an appeal from a judgment of the Lawrence Circuit Court, Honorable W. D. Sparks, Judge, fixing the boundary line between lots in the City of Louisa and quieting title to a strip of land fifteen inches wide, valued at $500. See first appeal, Haws v. Short, Ky., 304 S.W.2d 924.

The finding of fact and judgment are sustained by the evidence.

The appeal is denied and the judgment stands affirmed.

GUY F. ATKINSON–UNITED CONSTRUC-TION COMPANY

v.

Wilburn HALL et al.

Court of Appeals of Kentucky.

Nov. 4, 1960.

As Modified on Denial of Rehearing
Feb. 3, 1961.

G. B. Johnson, Jr., (Dysard, Dysard & Johnson), Ashland, for appellant.

Howard VanAntwerp, III (VanAntwerp & VanAntwerp), Ashland, for appellees.

PER CURIAM.

Motion for appeal from a judgment of the Greenup Circuit Court, Jim Sowards, J., affirming an award of the Workmen's Compensation Board in an amount less than $2,500.

Without approving the theory on which the award was made, we find that the claim is meritorious and the result just and proper, for which reason there is no prejudicial error.

Motion overruled. The judgment stands affirmed.